IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLENN COLEMAN,

    Plaintiff,

v.                                                CASE NO. 5:05-cv-00017-MP-AK

GALA ENTERPRISES INC.,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 44, Defendant's Unopposed Motion for Continuance of Filing Joint Scheduling Report.  In its motion, the defendant requests that the deadline for submission of the parties' planning report pursuant to Federal Rule of Civil Procedure 26(f) be extended three weeks.  In support of the motion, the defendant states that the parties are in settlement negotiations and believe that they may be able to resolve the dispute.  After considering the matter, defendant's motion is granted.  The parties have until Friday, February 17, 2006, to file the report.

**DONE AND ORDERED** this  *1st*  day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge